```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
             COUNSEL/PARTIES OF RECORD

           OCT 1 3 2011

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NO.: CR-N-03-0213-ECR (VPC)

v.

QUALIK TULIVA,

        Defendant.
_____/

### ORDER GRANTING NOTICE OF WITHDRAWAL

**BASED UPON** Local Rules of Practice 10-6, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the LAW OFFICES OF PAUL E. QUADE, P.C., be, and hereby is allowed to withdraw as attorney of record for Defendant, effective immediately upon filing of this Order with the Court.

**DATED** this  13  day of ~~July~~ Oct., 2011.  [ECR]

                                            _Edward C. Reed_
                                          UNITED STATES DISTRICT COURT JUDGE

Z:\Tuliva, Qualik\Pleadings\P-Notice.WD.05.23.11.wpd