
Prob12B
D/NV Form

# United States District Court

for

the District of Nevada

## REQUEST FOR MODIFICATION
## TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER
*Probation Form 49 (Waiver of Hearing) is Attached*
**November 8, 2011**

**Name of Offender:** _QUALIK TULIVA_

**Case Number:** _3:03-cr-0213-ECR-VPC_

**Name of Sentencing Judicial Officer:** _Honorable Edward C. Reed Jr._

**Date of Original Sentence:** _October 29, 2007_

**Original Offense:** _Felon in Possession of a Firearm_

**Original Sentence:** _Seventy months imprisonment and three years supervised release_

**Date Supervision Commenced:** _October 29, 2010, in the Northern District of California_

## PETITIONING THE COURT TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

1. **Residential Re-Entry Center** - You shall reside at and participate in the program of a residential re-entry center for a period of up to four months as approved and directed by the probation office, pending final disposition of revocation proceedings.

## CAUSE

A violation report and request for Warrant was submitted to the Court, dated August 10, 2010. Tuliva was taken into custody and appeared before a Magistrate Judge in Oakland, California, who released him from custody and ordered him placed at the residential re-entry center in Oakland. As of this date, November 8, 2011, the pretrial services office in Oakland will no longer pay for this placement. Therefore, in order to remain at the residential re-entry center, the District Court must modify the conditions of supervised release to include placement at the residential re-entry center, pending final revocation proceedings, as reflected in the attached waiver.

Prob12B
D/NV Form

RE: QUALIK TULIVA

Respectfully submitted,

/s/ Ron Crawford
RON CRAWFORD
U.S. Probation Officer

APPROVED: /s/ Ron Crawford for TEW

---

## THE COURT ORDERS:

_____ No action

_____ The extension of supervision as noted above

\_\_✓\_\_ The modification of conditions as noted above

_____ Other

Edward C. Reed
Signature of Judicial Officer

November 8, 2011
Date


PROB 49

# UNITED STATES DISTRICT COURT

### District of Nevada

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release

I, Qualik Tuliva, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. **Reside in Residential Re-entry Center** - Shall reside at and participate in the program of a residential re-entry center for a period of up to four months as approved and directed by the probation office.

Witness _____  Signed _____
U.S. Probation Officer                Probationer or Supervised Releasee

November 8, 2011
Date